RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE __8_/_2_/11__

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | *CRIMINAL NO. 2:10-cr-0224-01 |
|---|---|
| VERSUS | *JUDGE HAIK |
| TERRY TERREAL HOLMES | *MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, having considered the objections filed herein, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Suppress and Request for a *Franks* Hearing filed by the defendant, Terry Terreal Holmes, [rec. doc. 107] is **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 2nd day of August, 2011.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE