U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

OCT 9 - 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:10-cr-00224 |
| | CIVIL ACTION NO. 2:14-cv-01091 |
| VERSUS | JUDGE HAIK |
| TERRY TERREAL HOLMES | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion and Amended Motion to Vacate filed pursuant to 28 U.S.C. § 2255 by *pro se* petitioner, Terry Terreal Holmes [Rec. Doc. 262 and 270], is **DENIED AND DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 8th day of October, 2015.

Richard T. Haik, Sr.
United States District Judge